UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE HERNANDEZ,

        Plaintiff,

-against-

DIASORIN INC., MICHAEL PROFENNO, NINEVEH SARGGIS, DUSTIN STEWART, MATT SALISBURY, JOHN AND JANE DOES 1-10, AND ABC ENTITITES 1-10,

        Defendants.

No. 25-CV-846 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiff shall show cause no later than February 10 why the action should not be dismissed for failure properly to plead diversity of citizenship pursuant to 28 U.S.C. § 1332 or any other basis for federal jurisdiction. Defendant may respond no later than February 13; Plaintiff may reply no later than February 18.

**SO ORDERED.**

Dated:    February 3, 2025
           New York, New York

                      */s/ Loretta A. Preska*
                      LORETTA A. PRESKA
                      Senior United States District Judge