UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHRISTINE HERNADNEZ,

                Plaintiff,

v.

DIASORIN INC., MICHAEL PROFENNO,
NINEVEH SARGGIS, DUSTINS TEWART,
MATT SALISBURY, JOHN AND JANE
DOES 1-10, and ABC ENTITIES 1-10,

                Defendants.
------------------------------------------------------------X

Case No.: 1:25-cv-00846-LAP

**WITHDRAWAL OF APPEARANCE**

To: the clerk of the Court and all parties of record

    PLEASE TAKE NOTICE that Matteo Antonio Taraborrelli, Esq. hereby respectfully withdraws his appearance as counsel in the above captioned matter.

    Mr. Taraborrelli is no longer affiliated with Gordon & Rees Scully Mansukhani, LLP, located at 1 Battery Parka Plaza, 28th Floor, New York, NY 10004.

    Gordon & Rees Scully Mansukhani, LLP will continue to represent DiaSorin, Inc., Michael Profenno, Dustin Stewart, and Matt Salisbury in this matter. No party will be prejudiced by this withdrawal.

    WHEREFORE, the undersigned respectfully requests that the Court:

1. Grant this request to withdraw the appearance of Matteo Antonio Taraborrelli, Esq. as counsel of record; and

2. Remove Mr. Taraborrelli from the CM/ECF service list in this case.

We appreciate the Court's attention to this matter.

Dated: August 4, 2025
New York, New York

Respectfully submitted,

By: /s/ Matteo Taraborrelli

8/5/25

SO ORDERED

*Loretta A. Preska* (signature)
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE